# Court of Appeals, State of Michigan

## ORDER

In re Estate of Stuart Alister Warner

Docket No. 323664

LC No. 2013-000548-DA

Douglas B. Shapiro
Presiding Judge

Peter D. O'Connell

Kurtis T. Wilder
Judges

The Court orders that the December 8, 2015 unpublished opinion is hereby AMENDED to correct a clerical error. On page 5, first paragraph, the fourth sentence shall read: We conclude that the probate court did not clearly err when it found that the value of the items in the home would be below Tamara's spousal allowances, and it did not abuse its discretion by determining that an appraisal would be an unnecessary expense to the estate under those circumstances.

In all other respects, the December 8, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 0 4 2016
_____
Date

_____
Chief Clerk